No. 00–6918. JONES v. CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–6921. ROBERTS v. WIGGINS ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–6922. KERNS v. GARNER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–6923. LUANHASA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 00–6924. PARKER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6926. LEMONS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–6927. JENKINS v. METROPOLITAN OPERA ASSN., INC. C. A. 2d Cir. Certiorari denied.

No. 00–6929. ERDHEIM v. GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–6930. COOPER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6932. SORCE v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–6934. NOPPENBERGER v. NORTHROP GRUMMAN OCEANIC DIVISION. C. A. 4th Cir. Certiorari denied.

No. 00–6935. BIRDSONG v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–6939. SPENCER v. CASTERLINE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–6942. SHIVAEE v. CUBE. C. A. 4th Cir. Certiorari denied.